FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF BERNARD BAKKEN; and IRENE BAKKEN, Special Administrator for the Estate of Bernard Bakken,<br><br>Plaintiff,<br><br>v.<br><br>AVISTA CORPORATION, a Washington corporation; and DCT CHAMBERS TRUCKING, a corporation organized under laws of the Province of British Columbia, Canada,<br><br>Defendants. | NO: 2:18-CV-323-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss DCT Chambers Trucking with Prejudice, ECF No. 11. Having reviewed the motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1. The parties' Stipulated Motion to Dismiss DCT Chambers Trucking with Prejudice, **ECF No. 11**, is **GRANTED**.

2. Plaintiff's claims against Defendant DCT Chamber Trucking are dismissed with prejudice and without fees or costs to either party.

3. Defendant DCT Chambers Trucking Motion to Dismiss for Failure to State Claim, **ECF No. 9**, is **STRICKEN**.

4. All claims against Defendant Avista Corporation remain pending.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice for DCT Chamber Trucking only, terminate DCT Chambers Trucking as a Defendant in this matter, and provide copies of this Order to counsel.

**DATED** January 7, 2019.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge