# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2019

SEAN F. McAVOY, CLERK

ESTATE OF BERNARD BAKKEN; and IRENE BAKKEN, Special Administrator for the Estate of Bernard Bakken,
*Plaintiff*

v.

AVISTA CORPORATION, a Washington corporation; and DCT CHAMBERS TRUCKING, a corporation organized under laws of the Province of British Columbia, Canada,
*Defendant*

Civil Action No. 2:18-CV-323-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Stipulated Motion to Dismiss DCT Chambers Trucking With Prejudice (ECF No. 11) is GRANTED. Judgment of dismissal with prejudice for DCT Chamber Trucking only.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON on a motion for dismissal.

Date: 1/7/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez