FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2019

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| THE ESTATE OF BERNARD BAKKEN; and IRENE BAKKEN, Special Administrator for the Estate of Bernard Bakken, | NO: 2:18-CV-323-RMP |
| Plaintiffs, | ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| AVISTA CORPORATION, a Washington corporation, | |
| Defendant/Third Party Plaintiff, | |
| v. | |
| DCT CHAMBERS TRUCKING LTD; and RELATED ENTITIES, | |
| Third Party Defendants. | |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss, ECF No. 38. Having reviewed the stipulated motion and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1. The parties' Stipulated Motion to Dismiss, **ECF No. 38**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed with prejudice and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** September 30, 2019.

_s/ Rosanna Malouf Peterson_
ROSANNA MALOUF PETERSON
United States District Judge